UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE – COURTROOM 3A

**Case #:** 3:22-mj-2077  **Date:** March 31, 2022

United States of America **vs.** Charles Hunter Hobson

**Present before:** Jill E. McCook, United State Magistrate Judge

| Mallory Dahl | ECRO | Travis Worthington |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |
| William Roach | Richard Gaines | James Price |
| **Asst. U.S. Atty** | **Attorney(s) for Defendant(s)** | **Attorney(s) for Defendant(s) Contd.** |

**Proceedings:** Parties present for a Rule 5 initial appearance on a warrant issued out of the Western District of Pennsylvania.

- [✓] Defendant sworn.
- [✓] Defendant requested appointment of counsel and submitted financial affidavit.
- [ ] Court approved financial affidavit and appointed counsel
- [✓] Defendant present with retained counsel.
- [ ] Government requested detention of the defendant:
- [✓] Defendant waived and reserved the right to a Rule 5 hearing in this district.
- [ ] Defendant requested a _____ hearing.
    - [ ] Hearing set. [ ] Hearing held.
- [✓] Parties agreed to conditions on which the defendant could be released and the defendant is Ordered to appear in originating district on April 19, 2022 at 9:30 a.m. before USMJ Judge Eddy
- [ ] Defendant remanded to the custody and the U.S. Marshal Service is directed to transport the defendant to the originating district for further proceedings.
- [✓] Case under seal as to defendant(s):
    - [✓] Unsealed upon granting of motion by AUSA. [ ] To remain under seal.

**Dates set at this hearing:**
- [ ] **Detention Hearing:**
- [ ] **Other Hearing:**

**Time:** 2:05 pm **to** 2:50 p.m.

(●) I, Mallory Dahl  Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.

Knox-DCR_ 322mj2207 _ 033122 _